**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
Civil Action No. 0:21-cv-60024-WPD

MONIQUE P. HARRELL,

Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT, LLC,

Defendant,

_____/

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that MONIQUE P. HARRELL ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, CREDENCE RESOURCE MANAGEMENT, LLC, have reached settlement, and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: October 15, 2021        Respectfully submitted,

                               *s/ Alejandro E. Figueroa*
                               Alejandro E. Figueroa, Esq.
                               (FL #1021163)
                               Sulaiman Law Group, Ltd.
                               2500 S. Highland Ave., Ste. 200
                               Lombard, IL 60148

Phone: (630) 575-8181  
alejandrof@sulaimanlaw.com  
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alejandro E. Figueroa*
